UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERMAINE THOMPSON, Individually<br>and CRYSTAL THOMPSON,<br>Individually and as P.R. of the<br>Estate of ST, A Minor Child, Deceased, | :<br>:<br>:<br>:<br>: |
| Plaintiffs, | : Case No. 1:10-cv-00885 (GK) |
| v. | : Next Scheduled Event: NONE |
| CHILDREN'S NATIONAL<br>MEDICAL CENTER, | :<br>: |
| Defendant. | : |

## LINE OF DISMISSAL WITH PREJUDICE

TO THE CLERK:

Please note the above-captioned case as settled and dismissed <u>with prejudice</u> as to Defendant Children's National Medical Center, with each party to bear their own costs.

Respectfully submitted,

**HAMILTON ALTMAN CANALE & DILLON, LLC**

By: _/s/ Steven A. Hamilton_
    Steven A. Hamilton (D.C. Bar No. 953539)
    steven.hamilton@hacdlaw.com
    Karen R. Turner (D.C. Bar No. 434543)
    karen.turner@hacdlaw.com
    4600 East-West Highway
    Suite 201
    Bethesda, Maryland 20814
    301-652-7332
    301-652-0836 (Fax)
    Attorneys for Defendant

Respectfully submitted,

By:   */s/ Michael M. Wilson, M.D., J.D.*
    Michael M. Wilson, M.D., J.D. (D.C. Bar No. 941674)
    wilson@wilsonlaw.com
    1120 19th Street, N.W., Suite LL-11
    Washington, D.C. 20036-3642

    John C. Lowe, Esquire (D.C. Bar No. 427019)
    johnlowe@johnlowepc.com
    5920 Searl Terrace
    Bethesda, Maryland 20816
    301-320-3300

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 15th day of August, 2011, a copy of the foregoing was served electronically on:

    Michael M. Wilson, M.D., J.D.
    1120 19th Street, N.W.
    Suite LL-11
    Washington, D.C. 20036-3642

    John C. Lowe, Esquire
    5920 Searl Terrace
    Bethesda, Maryland 20816

        */s/ Steven A. Hamilton*
        Steven A. Hamilton